UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FRANKLIN KLEIN,<br><br>Petitioner<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>Respondents. | Case No. 2:19-cv-04224-JAK (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition [Dkt. 1], the Motion to Dismiss the Petition [Dkt. 8, "Motion"], Petitioner's Opposition to the Motion [Dkt. 15], Respondent's Reply [Dkt. 18], all other documents filed and lodged in this action, and the Report and Recommendation of United States Magistrate Judge Dkt. 20, "Report"]. The time for filing Objections to the Report has passed, and no Objections have been filed.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Motion is GRANTED; (2) the Petition is DENIED; and (3) Judgment shall be entered dismissing this action with prejudice.

DATE: September 4, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE