# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER FRANKLIN KLEIN, <br> Petitioner <br> v. <br> FEDERAL BUREAU OF PRISONS, et al., <br> Respondents. | Case No. 2:19-cv-04224-JAK (GJS) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: September 4, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE